**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **W.S.**[1] | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO:** 26-3454 |
| | * | |
| **SHERIFF MARK WOOD IN HIS OFFICIAL CAPACITY AS SHERIFF OF RAPIDES PARISH; RAPIDES PARISH POLICE JURY; WARDEN JAY SLAYTER STEVEN LITTLETON; LIEUTENANT GINTZ; OFFICER MATT REED; LIEUTENANT CAIN; DEPUTY FRANK; DEPUTY CLOUD; LIEUTENANT ROBERTSON; CORPORAL CHARLES CHARRIER; SARGEANT DONTERRIOUS ROSENTHALL; DEPUTY CLARK; "MAJOR BB" believed to be MAJOR KARY BEEBE; MAJOR PELLERIN; DETECTIVE DOE #1; SUPERVISOR DOE #1; ASST. WARDEN KENNETH FERRELL, SR.; DEPUTY CADILLAC; DEPUTY SWAIN; DEPUTY BROWN** | * | **JURY TRIAL DEMANDED**<br><br>**CHIEF JUDGE:**<br><br>**MAGISTRATE JUDGE:** |

**ORDER**

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff, W.S. be permitted to proceed anonymously in this litigation.

[1] Filed contemporaneous with this Complaint is an *Ex Parte* Motion for Leave to Proceed Anonymously given the nature of sexual assault allegations. *See* La. R.S. 46:1844(w)

**ALEXANDRIA, LOUISIANA**, this 15th day of September, 2026.

~~UNITED STATES DISTRICT JUDGE~~
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE